## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>**Feather D Bauza,**<br>　　　**Debtor.**<br>**SELENE FINANCE, LP,**<br>　　　**Movant.**<br>　　　　　**v.**<br>**Feather D Bauza,**<br>　　　**Debtor/Respondent,**<br>**KENNETH E. WEST,**<br>　　　**Trustee/Additional Respondent.** | **Bankruptcy No. 25-11160-djb**<br><br>**Chapter 13**<br><br>**Hearing Date: September 25, 2025**<br>**Hearing Time: 11:00AM**<br>**Location: 900 Market Street, Suite 201**<br>**Philadelphia, PA 19107** |

### MOTION OF SELENE FINANCE, LP FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT SELENE FINANCE, LP FORECLOSURE OF 638 LINCOLN AVENUE, POTTSTOWN, PENNSYLVANIA 19464

SELENE FINANCE, LP ("Movant"), by and through the undersigned counsel, hereby moves this Court, pursuant to 11 U.S.C. § 362(d) of the United States Bankruptcy Code ("Code") for a modification of the automatic stay provisions of the Code for cause, and, in support thereof, states the following:

1. Feather D Bauza ("Debtor"), filed a Voluntary Petition pursuant to Chapter 13 of the United States Bankruptcy Code ("Code") on March 26, 2025.

2. Jurisdiction of this cause is granted to the United States Bankruptcy Court ("Court") pursuant to 28 U.S.C. § 1334, 11 U.S.C. § 362(d), Fed. R. Bankr. P. 4001(a), and all other applicable rules and statutes affecting the jurisdiction of the Bankruptcy Courts

generally.

3. On December 29, 2021, Feather Bauza executed and delivered a Promissory Note ("Note") and Mortgage ("Mortgage") securing payment of the Note in the amount of $194,430.00 in favor of  Guaranteed Rate, Inc., A Delaware Corporation. A true and correct copy of the Note is attached hereto as Exhibit "A".

4. The Mortgage was recorded February 8, 2022 at Instrument Number 2022016023 of the Public Records of Montgomery County, Pennsylvania. A true and correct copy of the Mortgage is attached hereto as Exhibit "B".

5. The Mortgage was secured as a lien against the real property located at 638 LINCOLN AVENUE, POTTSTOWN, PENNSYLVANIA 19464, (the "Property").

6. The loan was last assigned to SELENE FINANCE, LP and same recorded with the Montgomery County Recorder of Deeds on May 29, 2024, at Instrument Number 2024026242. A true and correct copy of the Assignment of Mortgage is attached hereto as Exhibit "C".

7. Secured Creditor is the holder of the note ("noteholder"), and is either the original mortgagee, beneficiary or assignee of the security instrument for the referenced loan. Noteholder directly or through an agent has possession of the promissory note and the promissory note is either made payable to noteholder or has been duly endorsed.

8. Based upon the Debtor(s)' Chapter 13 First Amended Plan ("Plan") (at Docket No. 14), the Debtor intends to cure pre-petition payment arrears due Movant through the Chapter 13 Plan and remains responsible for remitting all post-petition payments directly to Movant.  A true and correct copy of the First Amended Plan is attached hereto as Exhibit

"D".

9.  Debtor failed to make monthly payments of principal, interest, and escrow in the amount of $1,434.09 which came due from June 1, 2025 through August 1, 2025, less ($1,428.83) in suspense, respectively.

10. Thus, Debtor(s)' post-petition arrears total $2,873.44 through August 31, 2025.  By the time of hearing on this motion, Debtor will also be obligated to make additional monthly payments that become due beyond the cure period alleged above.   See Exhibit "E".

11. Currently, the unpaid principal balance due under the loan documents is $186,177.25. Movant's total claim amount, itemized below, is $208,918.00. See Exhibit "F".

| | |
|---|---|
| Principal Balance | $186,177.25 |
| Interest | $9,409.87 |
| Pro Rata MIP/PMI | $136.10 |
| Escrow Advance | $9,353.71 |
| Suspense Balance | ($1,459.71) |
| Fees | $80.75 |
| Accum Late Charges | $130.95 |
| Recoverable Balance | $4,216.00 |
| Total Payoff | $208,918.00 |

12. Debtor(s)' docketed schedules list the value of the Property as $218,480.00. A true and accurate copy of Debtor(s) Schedule A/B is attached hereto as Exhibit "G".

13. Under Section 362(d)(1) of the Code, the Court shall grant relief from the automatic stay for "cause", which includes a lack of adequate protection of an interest in property. Sufficient "cause" for relief from the automatic stay under Section 362(d)(1) is established where a debtor failed to make installment payments or payments due under a court-approved plan on a secured debt or where Debtor(s) have no assets or equity in the mortgaged property.

14. As set forth herein, Debtor defaulted on the instant secured obligation by failing to tender monthly post-petition installment payments when they became due.

15. Secured Creditor further provides that its acceptance of partial payments in the instant matter shall not constitute waiver of Secured Creditor's rights to pursue any present or future default in the event the partial payments are not enough to cure the entire default.

16. As a result, cause exists pursuant to 11 U.S.C. § 362(d) of the Code for this Honorable Court to grant relief from the automatic stay to allow Movant, its successors and/or assigns to pursue its state court remedies, including the filing of an action in Mortgage Foreclosure, or if foreclosure is completed, immediately scheduling the Property for Sheriff Sale.

17. Further, once the automatic stay is terminated, Debtor(s) will have minimal motivation to insure, preserve, or protect the collateral Property; therefore, Movant requests that the Court waive the 14-day stay period imposed by Fed.R.Bankr.P. 4001(a)(4).

**WHEREFORE**, Movant prays this Honorable Court enter an order modifying the automatic stay under 11 U.S.C. § 362(d) to permit SELENE FINANCE, LP to take any and all steps necessary to exercise any and all rights it may have in the collateral property described herein, gain possession of said collateral property, seek recovery of reasonable attorney fees and costs incurred in this proceeding, waive the 14-day stay imposed under Fed.R.Bankr.P. 4001(a)(4), and for any such further relief as this Honorable Court deems just and appropriate.

Date: August 27, 2025

> **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
> Attorneys for Movant
> 13010 Morris Rd., Suite 450
> Alpharetta, GA 30004
> Telephone: 470-321-7112
> By: /s/ Michelle L. McGowan
> Michelle L. McGowan
> Email: mimcgowan@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

**In re:**
**Feather D Bauza**                                    **CHAPTER:**      **13**

25-11160-djb
25-300324
MFR

| Debtor(s) | CASE NO. | 25-11160-djb |

## <u>VERIFICATION</u>

Property Address:
638 LINCOLN AVENUE, POTTSTOWN, PENNSYLVANIA 19464

Mortgage Servicer:
<u>Selene Finance, LP</u>

Post-petition mailing address for Debtor(s) to send payment:
<u>Selene Finance LP</u>
<u>ATTN: Cashiering Department</u>
<u>P.O. Box 660369</u>
<u>Dallas, TX 75266-0369</u>

Mortgagor(s)/Debtor(s):
<u>Feather Bauza</u>

Payments are contractually due:

Monthly ☒  Semi-monthly     ☐  Bi-weekly     ☐  Other

Each Monthly Payment is comprised of:
Principal and Interest.....    <u>$873.08</u>
R.E. Taxes......................    <u>$424.91</u>
Insurance........................    <u>$0.00</u>
Late Charge....................    <u>$0.00</u>
Other..............................    <u>$136.10</u>    (Specify: <u>PMI</u>)
**TOTAL**........................    <u>$1,434.09</u>

**POST-PETITION PAYMENTS** (Petition was filed on <u>March 26, 2025</u>)

25-11160-djb
25-300324
MFR

| Date Received | Amount Received | Payment Amount Due | Payment Date Applied to | Amount to/from Suspense | Check Number |
|---|---|---|---|---|---|
| 04/08/2025 | $1,427.01 | N/A | N/A | $1,427.01 | N/A |
| 05/14/2025 | $1,435.00 | $1,434.09 | N/A | $.91c | N/A |
| 06/01/2025 | DUE | $1,434.09 | 06/01/2025 | N/A | N/A |
| 06/09/2025 | $1,435.00 | $1,434.09 | N/A | $.91c | N/A |
| 07/01/2025 | DUE | $1,434.09 | 07/01/2025 | N/A | N/A |
| 08/01/2025 | DUE | $1,434.09 | 08/01/2025 | N/A | N/A |

[Continue on attached sheets if necessary]

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: 3 as of August 11, 2025.
TOTAL AMOUNT OF POST-PETITION ARREARS: $2,873.44 as of August 11, 2025.

    I hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746 that the

statements in the foregoing Pleading are true and correct to the best of my information,

knowledge and belief.

Dated:     **AUG 2 6 2025**

                               Selene Finance LP
                               Mortgage Company

                               Christine Le    Bankruptcy Specialist
                               (Print Name and Title)

                            Jacksonville    FL            Christine Le
                            Location                     Signature